UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **BRENDA YANETT SANCHEZ AGUILAR** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 7:18-cv-00288** |
| | § | **(DIVERSITY)** |
| **WAL-MART STORES TEXAS, L.L.C.** | § | |

## NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement pursuant to Local Rule 16.3 and advise the Court, without any parties admitting liability in this cause, that the parties announce that they have reached a settlement and complete accord and satisfaction in this matter. This settlement resolves all claims and causes of action which were raised or could have been raised in the above-referenced lawsuit.

Date: **May 30, 2019.**

Respectfully submitted,

**LAW OFFICE OF RAUL A.
GUAJARDO, P.L.L.C**

*s/ Raul A. Guajardo*
Raul A. Guajardo
State Bar No. 24029214
Federal ID: 595748
706 E. University Dr.
Edinburg, Texas 78539
Telephone: (956) 318-3200
Facsimile:   (956) 318-3205
Email: office@raulguajardo.com
Email: melba@raulguajardo.com
**ATTORNEY FOR PLAINTIFF,
BRENDA YANETT SANCHEZ AGUILAR**

**DAW & RAY, L.L.P.**

*/s/ Jaime A. Drabek*
Jaime A. Drabek
Federal ID No. 8643
Ricardo G. Benavides
Federal ID No.32205
Ashley Cedillo
Federal ID No.3123218
3900 N. 10th Street, Suite 950
McAllen, TX 78501
Telephone: (956) 687-3121
Facsimile:   (956) 686-3188
Email: jdrabek@dawray.com
Email: rbenavides@dawray.com
Email: acedillo@dawray.com
**ATTORNEYS FOR DEFENDANT**
**WAL-MART STORES TEXAS, L.L.C.**